SIMPSON, Respondent, v. CARPENTER, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action by John W. Simpson against Grant Carpenter. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except BARTLETT, J., taking no part.

SINNOTT, Appellant, v. CROCHERON et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action by Joseph F. Sinnott against Margaret Crocheron and another. No opinion. Motion denied.

SLINGERLAND, Respondent, v. BUCHHOLTZ, Appellant. (Supreme Court, Appellate Division, Third Department. March 21, 1902.) Action by Jacob Slingerland against Emma Buchholtz. No opinion. Judgment unanimously affirmed, with costs.

SMIDT v. WOOD. (Supreme Court, Appellate Division, First Department. March 14, 1902.) Action by Allan L. Smidt against May E. Wood. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.

SMITH, Respondent, v. CITY OF JOHNSTOWN, Appellant. (Supreme Court, Appellate Division, Third Department. March 5, 1902.) Action by George B. Smith against the city of Johnstown. No opinion. Judgment and order unanimously affirmed, with costs.

SMITH, Respondent, v. REISS et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 21, 1902.) Action by James Smith against Benedict Reiss and Israel Liebman. No opinion. Judgment of the municipal court affirmed, with costs.

SMITH, Respondent, v. REISS et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by James Smith against Benedict Reiss and others. No opinion. Motion to discontinue granted, without costs.

SPINROLLER CO., Respondent, v. HOMER P. SNYDER MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by the Spinroller Company against the Homer P. Snyder Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements.

STAATS et al., Respondents, v. STORM, et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by John Staats, as trustee, and others, against Sarah A. Storm and others. No opinion. Motion denied, with $10 costs.

STEEFEL et al. v. ROTHSCHILD. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Bernard L. Steefel and another against Jacob Rothschild. No opinion. Motion denied.

STEVENSON, Respondent, v. DAILY TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Charles A. Stevenson against the Daily Telegraph Company. A. English, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

STONE v. DEMAREST. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by Charles H. Stone, as sole executor, against Samuel H. Demarest, as executor, etc. No opinion. Motion denied, with $10 costs.

STREETER, Appellant, v. SCOTT, Respondent. (Supreme Court, Appellate Division, Second Department. February 15, 1902.) Action by George C. Streeter against Florence E. Scott. No opinion. Judgment and order of the county court of Richmond county affirmed, with costs.

STUYVESANT v. EARLY. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Augustus V. Stuyvesant against Mary A. Early. No opinion. Motion denied, with $10 costs.

TANENBAUM v. GREENWALD et al. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by Moses Tanenbaum against Henry D. Greenwald and another. No opinion. Motion granted.

THOMAS, Respondent, v. WHITE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by James M. Thomas against George H. White and Bert E. Flagg. No opinion. Order affirmed, with $10 costs and disbursements.

THOMPSON, Respondent, v. THOMPSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 11, 1902.) Action by Adele S. Thompson against La Mott Thompson and another. No opinion. Judgment and order affirmed, with costs.

THURBER, Respondent, v. PREFERRED ACC. INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Estella A. Thurber against the Preferred Accident Insurance Company. H. Harris, for appellant. H. E. Lee, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. All concur, except INGRAHAM, J., who dissents.

TOMNEY, Respondent, v. RANKERT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1902.) Action by Mary E. Tomney against George Rankert. No opinion. Judgment affirmed, with costs.

TRANTER, Respondent, v. WAKEMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action